# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 9, 2022

Lyle W. Cayce
Clerk

No. 21-51189
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DOMINIQUE LAMAR JOHNSON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:11-CR-330-2

Before DAVIS, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

Dominique Lamar Johnson appeals the 36-month term of imprisonment imposed following the revocation of his supervised release. Johnson asserts that his revocation sentence, which was above the range

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-51189

recommended by the policy statements of the Sentencing Guidelines, is substantively unreasonable.

We review his sentence under the plainly unreasonable standard. *See Holguin-Hernandez v. United States*, 140 S. Ct. 762, 766-67 (2020); *United States v. Warren*, 720 F.3d 321, 326 (5th Cir. 2013); *see also United States v. Cano*, 981 F.3d 422, 427 (5th Cir. 2020). The record reflects that the district court's explanation for the chosen revocation sentence was reasoned, fact-specific, and consistent with the statutory sentencing factors relevant to revocation sentences. *See Warren*, 720 F.3d at 332-33. The district court did not abuse its discretion or impose a substantively unreasonable revocation sentence. *See id.* at 332.

The judgment of the district court is AFFIRMED.